# United States District Court

## EASTERN DISTRICT OF WISCONSIN

ALFRED GARY,

       Petitioner,

       v.

UNITED STATES OF AMERICA,

       Respondent.

**JUDGMENT IN A CIVIL CASE**
Case No. 07-C-0633

This action came before the court, the issues have been decided and a decision has been rendered. Now, therefore,

IT IS ORDERED AND ADJUDGED that this case is dismissed.

APPROVED:   s/ C. N. CLEVERT, JR.
C. N. CLEVERT, JR.
U. S. District Judge

JON W. SANFILIPPO
Clerk

3/27/2013
Date

s/ C. Fehrenbach
(By) Deputy Clerk