# United States District Court

## EASTERN DISTRICT OF WISCONSIN

ALFRED GARY,

                    Petitioner,

                                              **JUDGMENT IN A CIVIL CASE**
          v.                                  Case No. 07-C-0633

UNITED STATES OF AMERICA,

                    Respondent.

---

This action came before the court, the issues have been decided and a decision has been rendered.  Now, therefore,

IT IS ORDERED AND ADJUDGED that this case is dismissed.


APPROVED:          s/ C. N. CLEVERT, JR.
                   C. N. CLEVERT, JR.
                   U. S. District Judge

                                              JON W. SANFILIPPO
                                              Clerk


          3/27/2013                           s/ C. Fehrenbach
          Date                                (By) Deputy Clerk